# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-7129**

**September Term, 2025**

**1:24-cv-01253-UNA**

**Filed On:** October 14, 2025

Rifat Shafique,

        Appellant

    v.

Equity Residential Real Estate Investment
Trust,

        Appellee

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Millett, Pillard, and Garcia, Circuit Judges

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). Upon consideration of the foregoing, the motion to supplement the appendix and the lodged supplemental appendix, and the motion for summary reversal, it is

**ORDERED** that the motion to supplement the appendix be granted. It is

**FURTHER ORDERED AND ADJUDGED** that the district court's July 24, 2024 order dismissing the complaint be affirmed and that the motion for summary reversal be denied. Appellant fails to address the district court's determination that it lacked subject matter jurisdiction over her case. Appellant has therefore forfeited any challenge to the dismissal of her case. See United States ex rel. Totten v. Bombardier Corp., 380 F.3d 488, 497 (D.C. Cir. 2004) ("Ordinarily, arguments that parties do not make on appeal are deemed to have been waived.").

# United States Court of Appeals

_____

**No. 24-7129**              **September Term, 2025**


Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

## Per Curiam


         **FOR THE COURT:**
         Clifton B. Cislak, Clerk

BY:     /s/
         Daniel J. Reidy
         Deputy Clerk